JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JIMMIE DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC,<br><br>    Defendant. | Case No. 2:16-cv-06220-AB-AGR<br><br>**~~PROPOSED~~ ORDER RE: JOINT STIPULATION OF DISMISSAL OF MIDLAND FUNDING, LLC PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Andre Birotte, Jr.<br><br>Magistrate Judge: Hon. Alicia G. Rosenburg |

Having considered the parties' Joint Stipulation of Dismissal, Defendant Midland Funding, LLC is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties will each bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Date: March 29, 2018  _____

                                      UNITED STATES DISTRICT JUDGE